UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| WILLIAM SCANLON, derivatively on behalf of 3D SYSTEMS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY A. GRAVES, JEFFREY D. CREECH, MALISSIA R. CLINTON, CLAUDIA N. DRAYTON, THOMAS W. ERICKSON, JIM D. KEVER, CHARLES G. MCCLURE, JR., KEVIN S. MOORE, and VASANT PADMANABHAN,<br><br>Defendants.<br><br>and<br><br>3D SYSTEMS CORPORATION, a Delaware corporation,<br><br>Nominal Defendant. | Case No.: 0:25-cv-07627-MGL |
| WENDY MILLIGAN, Derivatively on Behalf of Nominal Defendant 3D SYSTEMS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY A. GRAVES, JEFFREY D. CREECH, MALISSIA R. CLINTON, CLAUDIA N. DRAYTON, THOMAS W. ERICKSON, JIM D. KEVER, CHARLES G. MCCLURE, JR., KEVIN S. MOORE, and VASANT PADMANABHAN,<br><br>Defendants.<br><br>and<br><br>3D SYSTEMS CORPORATION,<br><br>Nominal Defendant. | Case No.: 0:25-cv-11177-MGL |

| | |
|---|---|
| JULIAN STOOPLER, Derivatively on Behalf of 3D SYSTEMS CORPORATION,<br>Plaintiff,<br>v.<br>JEFFREY A. GRAVES, CHARLES G. MCCLURE, JR., MALISSIA R. CLINTON, CLAUDIA N. DRAYTON, THOMAS W. ERICKSON, JIM D. KEVER, KEVIN S. MOORE, VASANT PADMANABHAN, JOHN J. TRACY, and JEFFREY D. CREECH,<br>Defendants.<br>and<br>3D SYSTEMS CORPORATION,<br>Nominal Defendant. | Case No.: 0:25-cv-12637-MGL |

## ORDER REGARDING STAY OF CONSOLIDATED DERIVATIVE ACTION

The Joint Motion Regarding Stay of Consolidated Derivative Action having been considered, and good cause appearing therefore,

1. The Consolidated Derivative Action shall be stayed until 30 days after the earlier of the following events:
    a. the Securities Class Action is dismissed, with prejudice, and all appeals related thereto have been exhausted; or
    b. the close of discovery in the Securities Class Action.
2. The parties shall confer and file a joint report apprising the Court as to the status of this action every 60 days during the pendency of the stay. Either party may move to lift the stay at any time during the pendency of the stay for any reason, and the opposing party reserves all right to oppose the same.

3. Defendants shall notify Plaintiffs in the event any other factually related stockholder derivative proceedings are filed and not stayed for the same or a longer duration as the stay of the Consolidated Derivative Action, in which case, Plaintiffs shall be entitled to notify Defendants in writing of their intent to terminate the stay and may move to lift the stay.
4. Defendants reserve all of their defenses to the claims asserted by Plaintiffs, and the stay shall not be, and shall not be deemed, a waiver of any of Defendants' defenses, including, among others, jurisdictional and/or venue challenges, and the failure of Plaintiffs to make a pre-suit demand on 3D's Board of Directors.

IT IS SO ORDERED.

s/Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
November 17, 2025